Daniel J. Kornstein (DK - 3264)
Amy C. Gross (AG - 8836)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MITSUBISHI INTERNATIONAL            :
CORPORATION,
                                    :
        Plaintiff,
                                    :    <u>RULE 7.1 STATEMENT</u>
        -against-
                                    :    ECF Case
CHLORINE PARTNERS, LP,                   *Index No. 08 CV 03180 (DC)(DCF)*
                                    :
        Defendant.
------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Mitsubishi International Corporation, by and through the undersigned counsel, states that it is a wholly-owned subsidiary of Mitsubishi Corporation.


Dated:    New York, New York
          March 31, 2008

                                KORNSTEIN VEISZ WEXLER & POLLARD, LLP

                                _____
                                By:  Daniel J. Kornstein (DK - 3264)
                                     Amy C. Gross (AG - 8836)

                                757 Third Avenue
                                New York, New York 10017
                                (212) 418-8600

                                Attorneys for Plaintiff

32500003XXXACG 00001.wpd