Mitsubishi International Corporation, et. al., Plaintiff(s)
vs.
Chlorine Partners, LP, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 088911-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Chlorine Partners, LP
Court Case No. 08-CV-03180 (DC)(DCF)

KORNSTEIN, VEISZ & WEXLER, LLP
Ms. Amy Gross
757 3rd Ave.
18th Floor
New York, NY 10017-2013

State of: _WASHINGTON_ ) ss.
County of: _COWLITZ_ )

**Name of Server:** _JOHN DAVIDSON_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _3RD_ day of _APRIL_, 20_08_, at _3:25_ o'clock _P._ M

**Place of Service:** at _3541 Industrial Way_, in _Longview, WA 98632_

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint; Rule 7.1 Statement; Civil Cover Sheet; Individual Rules of Practice of Judge Denny Chin; Individual Practices of Magistrate Judge Debra Freeman; USDC/SDNY Instructions for Filing an Electronic Case of Appeal; USDC/SDNY Procedures for Electronic Case Filing; USDC/SDNY Guidelines for Electronic Case Filing

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Chlorine Partners, LP _NKA EQUA CHLOR_

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _SUSAN TREVINO, OFFICE MANAGER_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _WHITE_; Hair Color _BROWN_; Facial Hair _NONE_
Approx. Age _40's_; Approx. Height _5'5"_; Approx. Weight _140_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _3RD_ day of _APRIL_, 20_08_

_[signature]_
Signature of Server

_[signature]_
Notary Public  My Commission (Expires)

[Notary stamp: SANDRA L. DAVIDSON, COWLITZ CO., WASHINGTON, NOTARY PUBLIC, SEPT. 13 2011]

**APS International, Ltd.**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

MITSUBISHI INTERNATIONAL CORPORATION

**SUMMONS IN A CIVIL ACTION**

V.

CHLORINE PARTNERS, LP

CASE NUMBER:    08 CV 03180 (DC) (DCF)

TO: (Name and address of Defendant)

Chlorine Partners, LP
3541 Industrial Way
Longview, Washington 98632

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel J. Kornstein, Esq.
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                MAR 31 2008

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE *APRIL 3, 2008* |
| NAME OF SERVER (PRINT) *JOHN DAVIDSON* | TITLE *PROCESS SERVER* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): *SERVED SUSAN TREVINO, OFFICE MANAGER OF CHLORINE PARTNERS LP NKA EQUA CHLOR*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *APRIL 3, 2008*
Date

Signature of Server

Address of Server: *402 SCHUTT RD, CASTLE ROCK, WA 98611*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.