LAW OFFICES
# BERKMAN, HENOCH, PETERSON & PEDDY, P.C.

100 GARDEN CITY PLAZA, GARDEN CITY, NY 11530

TELEPHONE: (516) 222-6200
FACSIMILE: (516) 222-6209
E-MAIL: thefirm@bhpp.com
WEBSITE: www.bhpp.com

GILBERT HENOCH
KENNETH S. BERKMAN (1958*-2007)
STEVEN J. PEDDY
GARY H. FRIEDENBERG
RONALD M. TERENZI
MIRIAM R. MILGROM
STEPHEN J. BROOKMEYER
LISA M. CONFUSIONE
JOSEPH E. MACY
GREGORY P. PETERSON
PETER P. PETERSON (1936*-2001)
LESLIE R. BENNETT

BRUCE J. BERGMAN
STEVEN BROCK
JAMES ESPOSITO
VINSON J. FRIEDMAN
MURRAY GOLDBERG
DAVID R. KAY
STANLEY MISHKIN
TODD C. STECKLER
JEFFREY M. STEIN
JACK M. STEINGART
PETER SULLIVAN

SARA Z. BORISKIN
ROBERT A. CARRUBA
HENRY P. DiSTEFANO
GENA GOLDBERGER
CARA M. GOLDSTEIN
RAVISHARON KHUNKHUN
RUDOLF J. KARVAY

ADAM S. KALB
BRUCE D. MAEL
MARIANNA OSWALD
ANDREW M. ROTH
NICOLE E. SCHIAVO
CHRISTOPHER F. ULTO

*ADMITTED

COUNSEL
JAMES M. PEDOWITZ
JOSEPH N. MONDELLO
LEONARD S. ELMAN
ROBERT T. BLOOM
MARK WEPRIN
HARVEY BRUCE BESUNDER

WRITER'S DIRECT DIAL:

April 18, 2008

**VIA ECF**

Chambers of the Honorable Judge Dennis Chin
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    Mitsubishi International Corporation v. Chlorine Partners, LP
            Case No.: 3180/08

Dear Hon. Sir:

     This firm represents Defendant, Chlorine Partners, LP, in connection with the above-referenced action. We transmit herewith a copy of a fully executed Stipulation extending Defendant's time to answer to May 15, 2008. If this is acceptable to the Court, please so-order same.

     Thank you in advance for your courtesy.

                              Respectfully submitted,

                              BERKMAN, HENOCH, PETERSON & PEDDY, P.C.

                              By: _____
                                  Joseph E. Macy (JEM-9077)

JEM:rc
Attachment

cc:    Daniel Kornstein, Esq.
        Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MITSUBISHI INTERNATIONAL CORPORATION

                Plaintiff,

-against-

CHLORINE PARTNERS, LP,

                Defendant.
------------------------------------------------------------X

Case No.: 08/03180

Chin, J.
Freeman, M.J.

**STIPULATION
EXTENDING TIME
TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties in the above captioned action, that Defendant's time to answer or otherwise move with respect to the Summons and Complaint filed in this action is extended to and including May 15, 2008.

Dated:     Garden City, New York
              April 17, 2008

KORNSTEIN VEISZ WEXLER &
POLLARD, LLP

By: _____
Daniel J. Kornstein (DK-3264)
757 Third Avenue
New York, New York 10017
(212) 418-8600

BERKMAN, HENOCH, PETERSON &
PEDDY, P.C.

By: _____
Joseph E. Macy (JM-9077)
Attorneys for Defendant
100 Garden City Plaza
Garden City, New York 11530
(516) 222-6200

**SO ORDERED:**

_____