```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MITSUBISHI INTERNATIONAL CORPORATION

                       Plaintiff,

    -against-

CHLORINE PARTNERS, LP,

                       Defendant.
------------------------------------------------------------X

Case No.: 08/03180

Chin, J.
Freeman, M.J.

STIPULATION
EXTENDING TIME
TO ANSWER

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties in the above captioned action, that Defendant's time to answer or otherwise move with respect to the Summons and Complaint filed in this action is extended to and including May 15, 2008.

Dated:    Garden City, New York
             April 17, 2008

KORNSTEIN VEISZ WEXLER &
POLLARD, LLP

By: _____
Daniel J. Kornstein (DK-3264)
757 Third Avenue
New York, New York 10017
(212) 418-8600

BERKMAN, HENOCH, PETERSON &
PEDDY, P.C.

By: _____
Joseph E. Macy (JM-9077)
Attorneys for Defendant
100 Garden City Plaza
Garden City, New York 11530
(516) 222-6200

SO ORDERED:

_____
4/29/08