**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**500 PEARL STREET NEW YORK, N.Y. 10007**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

**J. Michael McMahon**
**Clerk of the Court**

-------------------------- x
Mitsubishi Int'l Corp.,

        Plaintiff(s),        08   Civ.  3180  (DC)

  - against -

Chlorine Partners, LP,

        Defendant(s).
-------------------------- x

    The above-captioned action has been assigned to Judge Denny Chin.

    Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

    This conference will be held on June 27, 2008 at 11:00 A.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

    **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:    New York, New York
            May 19, 2008

                                            Sincerely,

                                            David Tam
                                            Courtroom Deputy Clerk
                                            U.S.D.C. - S.D.N.Y.
                                            500 Pearl Street, Rm. 1020
                                            New York, New York 10007
                                            (212) 805-0096