Daniel J. Kornstein (DK-3264)
Catherine M. Irwin (CI-7287)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

MITSUBISHI INTERNATIONAL
CORPORATION,

        Plaintiff,

    -against-

CHLORINE PARTNERS, LP,

        Defendant.

----------------------------------------X

08 CV 03180(DC)(DF)

STIPULATION AND ORDER

ECF Case

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned as follows:

1. Judgment shall be entered in plaintiff's favor in the amount of $891,985.89 in compensatory damages plus $45,088.05 in pre-judgment interest at 9% per annum pursuant to CPLR 5001 from February 4, 2008 for a total of $937,073.94; and

2. The Court shall retain jurisdiction over such matters as may properly come before the Court, including enforcement of the judgment to be entered pursuant to this Stipulation.

Dated: New York, N.Y.
       August 26, 2008

KORNSTEIN VEISZ WEXLER
& POLLARD, LLP

By: _____
Catherine M. Irwin
(CM-7287)

757 Third Avenue
New York, New York 10017
(212) 418-8600
Attorneys for Plaintiff (DC)

BERKMAN, HENOCH, PETERSON
& PEDDY, P.C.

By: _____
(JM-9077)
100 Garden City Plaza
Garden City, New York 11530
(516) 222-6200
Attorneys for Defendant (DC)

The Clerk of the Court shall enter judgment accordingly and close this case.

SO ORDERED:

_____
U.S.D.J.

Date: 8/28/08

2